NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO JOSE CALDERON LOPEZ, dba Starlight Consulting Services,**
*Plaintiff-Appellant*

**v.**

**TIGRAN GUMUSHYAN, DARRYL ONIZUKA, DOE VAZQUEZ, UNITED STATES, COMMISSIONER OF SOCIAL SECURITY,**
*Defendants-Appellees*

---

2024-2076

---

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-07236-LB, Magistrate Judge Laurel Beeler.

---

PER CURIAM.

## O R D E R

On April 24, 2015, Ricardo Jose Calderon Lopez filed a complaint stemming from the Social Security Administration's termination of his disability benefits. On May 16, 2017, the district court dismissed the complaint for lack of subject matter jurisdiction and entered judgment. Mr. Calderon Lopez appealed to the United States Court of Appeals for the Ninth Circuit. On June 6, 2017, the district

court granted Mr. Calderon Lopez leave to proceed *in forma pauperis* on appeal.  On December 28, 2018, the Ninth Circuit affirmed.  On June 11, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a decision entered "06/06/2017" in the district court action.[1]

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 60 days after entry of final judgment when the case involves the United States, its agencies, or its employees, 28 U.S.C. § 2107; Fed. R. App. P. 4.  Here, Mr. Calderon Lopez's notice of appeal, filed over seven years after the district court's June 6, 2017 decision, is clearly untimely.  For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 31, 2024
    Date

---

[1]    The district court transmitted a copy of the notice of appeal to this court and the Ninth Circuit, which docketed the notice as a new appeal.  On July 2, 2024, the Ninth Circuit dismissed the new appeal as duplicative of Mr. Calderon Lopez's prior appeal in this case.